### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **THOMAS LAYNE HEAD** | **CASE NO. 3:21-CV-01891** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **VICTOR LEE GARDNER, ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 16] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Marcelle's Motion to Dismiss [Doc. No. 9] is **GRANTED IN PART** and **DENIED IN PART AS MOOT**. To the extent that Marcelle moves for dismissal due to immunity under the Eleventh Amendment, the motion is **GRANTED**, and Head's claims against Marcelle are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction. To the extent that Marcelle moves for dismissal due to Head's failure to state a claim, qualified immunity, or lack of subject matter jurisdiction under the Rooker-Feldman doctrine, the motion is **DENIED AS MOOT.**

**MONROE, LOUISIANA**, this 24th day of February 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE